United States Court of Appeals

For the Eighth Circuit

_____

No. 26-1035

_____

Navashia Akins

*Plaintiff - Appellant*

v.

Checkr, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: June 17, 2026
Filed: July 6, 2026
[Unpublished]

_____

Before LAVENSKI R. SMITH, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Navashia Akins appeals the district court's[1] dismissal of her pro se action under the Fair Credit Reporting Act, 15 U.S.C. § 1681. After careful de novo review of the

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Joyce v. Armstrong Teasdale, LLP</u>, 635 F.3d 364, 367 (8th Cir. 2011) (standard of review); <u>Awnings v. Fullerton</u>, 912 F.3d 1089, 1097 (8th Cir. 2019) (this court may affirm district court on any basis supported by record). Accordingly, we affirm.

_____